# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CHONG SOK AHN § | |
| § | |
| V. § | CASE NO. 4:11-CV-358 |
| § | Judge Schneider/Judge Mazzant |
| BARRETT, DAFFIN, FRAPPIER, § | |
| TURNER & ENGEL, LLP as Trustee of § | |
| WELLS FARGO BANK, N.A. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 21, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Dkt. #9) should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Dkt. #9) is **GRANTED** and Plaintiff's claims are DISMISSED with prejudice.

**It is SO ORDERED.**

**SIGNED this 26th day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE